```
Doc ID: 016242670002 Type: ASGN
Recorded: 08/26/2013 at 03:47:32 PM
Fee Amt: $5.00 Page 1 of 2
Henry, GA Clerk of Superior Court
Barbara Harrison Clerk of Court
BK 13157 PG 96-97
```

Prepared By:
CITIMORTGAGE, INC
SHEILA BROOKS
1000 TECHNOLOGY DRIVE, MS 321
O'FALLON, MO 63368-2240

Return To:
CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071

## ASSIGNMENT OF SECURITY DEED

MERS SIS # 888-679-6377 MIN: 100135813040030571

For value received, Mortgage Electronic Registration Systems, Inc. as nominee for Home Star Mortgage Services, LLC its successors and assigns, whose address is P.O. Box 2026, Flint, MI, 48501-2026, (the "Assignor"), has this day transferred, sold, assigned, conveyed and set over to CitiMortgage, Inc., whose address is 1000 Technology Drive, O'Fallon, MO, 63368, as Assignee, its successors, representatives and assigns, all its right, title and interest in and to a certain Security Deed (or Deed to Secure Debt) executed by Ricky R. Franklin to Mortgage Electronic Registration Systems, Inc. as nominee for Home Star Mortgage Services, LLC its successors and assigns, dated 07/21/2003, recorded in Book: 6306 Page: 99 Instrument No: 047491, Henry County, Georgia Records.

The Assignor herein specifically transfers, sells, conveys and assigns to the above Assignee, its successors, representatives and assigns, the aforesaid Security Deed and the property described therein.

IN WITNESS WHEREOF, the Assignor has hereunto set its hand and seal on 6-14-13.

Mortgage Electronic Registration Systems, Inc. as nominee for Home Star Mortgage Services, LLC its successors and assigns

By: Sandra West
Vice President



Signed, sealed and delivered in the presence of:

Geraldine A. Belinski

Renelle McAleer

Page # 1 38550731 24449 GA151 Henry County Internal

STATE OF MISSOURI, ST. CHARLES COUNTY

On 6-14-13 before me, the undersigned, a notary public in and for said state, personally appeared **Sandra West, Vice President of Mortgage Electronic Registration Systems, Inc. as nominee for Home Star Mortgage Services, LLC its successors and assigns** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

SYBIL SHORT
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: March 19, 2016
Commission Number: 12315670

Notary Public **Sybil Short**
Commission Expires: 03/19/2016

Page # 2 38550731 24449 GA151 Henry County Internal