BK:17207 PG:275-275
Filed and Recorded
Jun-02-2020 08:00 AM
DOC# 2020 - 015684
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT
HENRY COUNTY, GA
Participant ID: 5224125492

When Recorded Return To:
CitiMortgage, Inc.
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

**CitiMortgage Loan No 2001160060**

## ASSIGNMENT OF SECURITY DEED

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, CITIMORTGAGE, INC., WHOSE ADDRESS IS 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Security Deed with all interest secured thereby, all liens and any rights due or to become due thereon to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H, WHOSE ADDRESS IS C/O 1600 SOUTH DOUGLASS ROAD, SUITE 110, ANAHEIM, CA 92806, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Security Deed is executed by RICKY R. FRANKLIN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS GRANTEE, AS NOMINEE FOR HOME STAR MORTGAGE SERVICES, LLC, ITS SUCCESSORS AND ASSIGNS and recorded in Deed Book 6306 and Page 99 in the office of the Clerk of the Superior Court of HENRY County, Georgia.

**IN WITNESS WHEREOF,** the undersigned has hereunto set its hand **this 01st day of June in the year 2020.**
CITIMORTGAGE, INC.

By: _____
SUSAN HICKS
VICE PRESIDENT

By: _____
ERCILIA GREEN
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

Signed, sealed and delivered in the presence of the below named witness:

_____
JUSTICE YOAKAM
WITNESS

STATE OF FLORIDA    COUNTY OF PINELLAS
Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online notarization on this 01st day of June in the year 2020, by Susan Hicks and Ercilia Green as VICE PRESIDENT and VICE PRESIDENT, respectively of CITIMORTGAGE, INC., who is (are) personally known by me.

_____
CLAIRE COX
COMM EXPIRES: 03/28/2023

CLAIRE COX
Notary Public - State of Florida
Commission # GG 317522
My Comm. Expires Mar 28, 2023
Bonded through National Notary Assn.

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
CMOAV 23547343  2020WL-006    DOCR T012006-03:23:13 [C-1] EFRMGA1_CITI

*D0051436737*