```
                                                    FILED IN CHAMBERS
                                                       U.S.D.C. ROME

                                                  Date: Jan 15 2021
                                                  JAMES N. HATTEN, Clerk
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA      By: s/Kari Butler
                  ATLANTA DIVISION
                                                       Deputy Clerk
```

RICKY R. FRANKLIN,

    Plaintiff,

    v.

CARRINGTON MORTGAGE SERVICES, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB *as trustee for* STANWICH MORTGAGE LOAN TRUST H,

    Defendants.

CIVIL ACTION FILE

NO. 1:20-CV-04661-SDG-WEJ

# ORDER FOR SERVICE OF
# <u>REPORT AND RECOMMENDATION</u>

The Report and Recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), N.D. Ga. R. 72.1(B), (D), and Standing Order 14-01 (N.D. Ga. Aug. 15, 2014), has been filed. The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Report and Recommendation and a copy of this Order.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within **FOURTEEN (14) DAYS** of service of this Order.  Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party.  The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court.  If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection, subject to interests-of-justice plain error review.  11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED AND DIRECTED**, this 15th day of January, 2021.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE