# EXHIBIT A



RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

Ricky R. Franklin

708 Brambling Way

Stockbridge, GA 30281

```
Doc ID: 016771190012 Type: MISC
Recorded: 05/29/2014 at 11:33:13 AM
Fee Amt: $30.00 Page 1 of 12
Henry, GA Clerk of Superior Court
Barbara Harrison Clerk of Court
BK 13587 PG 216-227
```

# DECLARATION OF ASSIGNEE'S UPDATE OF LAND GRANT

TO WHOMEVER IT MAY CONCERN:

This DECLARATION is directed to be attached to all deeds and/or conveyances in the name of the parties above shown as requesting recording of this document, in a manner known a nunc pro tunc (as it should have been from the beginning).

KNOWN YE ALL MEN THAT BY THESE PRESENTS:  I **Ricky R. Franklin** DO SEVERALLY CERTIFY AND DECLARE THAT I BRING UP THE LAND GRANT IN MY NAME.  THE ASSIGNEE TO THE LAND GRANT THAT IS FILED AND KNOWN AS, THE 4TH GEORGIA LAND LOTTERIES OF 1821:  REGISTERED AS 1821 LAND LOTTERY HENRY COUNTY REGISTER OF GRANTS

SAID COPY OF WHICH IS ATTACHED HERETO.

1.  I, FURTHER CERTIFY THAT I AM THE ASSIGNEE TO A PORTION OF SAID GRANT WHICH IS LEGALLY DESCRIBED AS ATTACHED HERETO AND MADE PART HERETO AND MADE APART HERETO AND MADE APART HEREOF BEING THE ONLY WAY A PERFECT, PARAMOUNT, AND ALLODIAL TITLE CAN BE HAD IN My NAME, AND PARTICULARLY THE FOLLOWING DESCRIBED LAND SO SOUGHT TO BE GRANTED:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 5 OF THE 12TH DISTRICT AND LAND LOT 12 OF THE 6TH DISTRICT, HENRY COUNTY, GEORGIA, BEING LOT 162, AVIAN FOREST SUBDIVIVISION, PHASE III, SECTION A, A PER PLAT RECORDED IN PLAT BOOK 35, PAGE 243-245, HENRY COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

GEORGIA, HENRY COUNTY
I CERTIFY THAT THE FOREGOING
IS A TRUE AND EXACT COPY OF THE
ORIGINAL WHICH APPEARS OF RECORD
IN THIS OFFICE. BK _13587_
PG _216-227_
IN WITNESS WHEREOF I HAVE
THIS _2nd_ DAY OF _June, 2014_
AFFIXED MY SEAL AND SIGNATURE
_Jacqueline S. Young, Deputy Clerk_
BARBARA A. HARRISON - HENRY SUPERIOR COURT

1

IF THIS DECLARATION OF LAND GRANT IS NOT CHALLENGED BY SOMEONE IN A COURT OF LAW WITHIN SIXTY (60) DAYS FROM THE DATE OF FILING, THE ABOVE DESCRIBED PROPERTY SHALL BECOME MINE AS ALLODIAL FREEHOLD, AND THEN THIS LAND GRANT SHALL BE UPDATED IN MY NAME, SUBJECT TO THE LIMITATION STATED HEREIN.

2. NOTICE OF PRE-EMPTIVE RIGHT. PURSUANT TO THE DECLARATION OF INDEPENDENCE(1776), THE TREATY OF PEACE WITH GREAT BRITAIN (8STAT) KNOWN AS THE TREATY OF PARIS [1793] AN ACT OF CONGRESS [3STAT.566, APRIL 24, 1824], THE OREGON TREATY [9STAT.869, JUNE 15, 1846], THE HOMESTEAD ACT [12STAT.392, 1862] AND 43 USC SECTIONS 57, 59, AND 83; THE RECEIPIENT HEREOF IS MANDATED BY ART. VI SECTIONS 1, 2, AND 3; ART. IV SECTIONS I CL. 1&2; SECTION 2 CL. 1 8t 2; SECTION 4; THE 4TH, 7TH, 9TH, AND 10TH AMENDMENTS [U.S. CONSTITUTION, 1781-91) TO ACKNOWLEDGE ASSIGNEE'S UPDATE OF GRANT OR PATENT PROSECUTED BY AUTHORITY OF ART. III SECTION 2 CL. 1&2 ENFORCED BY ORIGINAL/EXCLUSIVE JURISDICTION THEREUNDER AND IT IS THE ONLY WAY TO PERFECT TITLE CAN BE HAD IN MY NAME, WILCOX vs JACKSON, 13 PET. (U.S.) 498, 101. ED 264; ALL QUESTIONS OF FACT DECIDED BY THE GENERAL LAND OFFICE ARE BINDING EVERYWHERE. AND INJUNCTIONS AND MANDAMUS PROCEEDING WILL NOT LIE AGAINST IT, LITCHFIELD vs. THE REGISTER, 9 WALL (U.S.) 575, 19L. ED. 681. THIS DOCUMENT IS INSTRUCTED TO BE ATTACHED TO ALL DEEDS AND/OR CONVEYANCE IN THE NAME OF THE ABOVE PARTY.

3. LAWS OF THE LAND; THIS GRANT IS PROTECTED THROUGH THE CREATION ON THE LAWS OF THE STATE OF GEORGIA OF THE GENERAL ASSEMBLY OF DEC. 1837; THE CONSTITUTION OF THE UNITED STATES; THE CONSTITUION OF THE STATE OF GEORGIA AS AMENDED; HIS EXCELLENCY JOHN CLARK GOVERNOR AND COMMANDER IN CHIEF OF THE ARMY AND NAVY OF THIS STATE, AND OF THE MILITIA THEREOF; AN ACT TO MAKE DISTRIBUTION OF THE LATE CESSION OF LANDS, OBTAINED FROM THE CREEK NATION BY THE UNITED STATES COMMISSIONERS, IN A TREATY ENTERED INTO AT OR NEAR FORT WILKINSON, ON THE 16TH DAY OF JUNE, 1802-APPROVED MAY 11, 1803. VOL II. 100.; AN ACT TO DISPOSE OF AND DISTRIBUTE THE LANDS LATELY ACQUIRED BY THE UNITED STATES FOR THE USE OF GEORGIA, OF THE CREEK NATION OF INDIANS, BY A TREATY MADE AND CONCLUDED AT THE INDIAN SPRINGS, ON THE 8TH DAY OF JANUARY, 1821; AND TO ADD THE RESERVE AT FORT HAWKINS TO THE COUNTY OF JONES APPROVED MAY 15, 1821. VOL IV. 246; THIS EMBRACES THE TERRITORY BETWEEN THE OCMULGEE AND FLINT, ABOVE IRWIN AND BELOW COBB COUNTY.

4. Legal description of HENRY COUNTY

ALL THAT PART OF SAID TERRITORY WHICH LIES EAST OF THE LAST-MENTIONED LINE, AND A LINE
COMMENCING AT THE CORNER OF MONROE COUNTY TO THE CHATTAHOOHEE, SHALL FORM ONE
OTHER COUNTY TO BE CALLED HENRY.

5. DISCLAIMER; NO CLAIM IS MADE HEREIN THAT I HAVE BEEN ASSIGNED THE ENTIRE TRACT OF
LAND AS DESCRIBED IN ORIGINAL GRANT, MY ASSIGNMENT IS INCLUSIVE ONLY TO THE ATTACHED
OR ABOVE LISTED LEGAL DESCRIPTION. THE FILING OF THIS DECLARATION OF LAND GRANT SHALL
NOT DENY OR INFRINGE ON ANY RIGHT, PRIVILEGE OR IMMUNITY OR ANY OTHER ASSIGNEE TO ANY
OTHER PORTION OF LAND COVERED IN THE ABOVE DESCRIBED GRANT.


MEMORANDUM OF LAW ON RIGHTS, PRIVILEGES AND IMMUNITIES

ALLODIAL, FREE; NOT HOLDEN OR ANY LORD OR SUPERIOR; OWNED WITHOUT OBLIGATION OF
VASSALAGE OR FEALTY: THE OPPOSITE OF FEUDAL. Baker V. Dayton, 28 Wis. 384; Wallace V.
Harmstad, 44 Pa. 499: (Black's Law Dictionary, 4th Edition).

ALLODIUM. LAND HELD ABSOLUTELY IN ONE'S OWN

RIGHT, AND NOT OF ANY SUPERIOR; LAND NOT SUBJECT TO

THE GRANT ALONE PASSES LAND FROM the united States of America TO THE STATE OF GEORGIA TO
THE GRANTEE AND NOTHING PASSES A PERFECT TITLE TO PUBLIC LANDS BUT A GRANT/PATENT.
Wilcox v. Jackson, 13 Peter (US) 498;

AS ASSIGNEE, WHETHER HE BE THE FIRST, SECOND OR THIRD PARTY TO WHOM THE TITLE IS
CONVEYED SHALL LOSE NONE OF THE ORIGINAL RIGHTS PRIVILEGES OR IMMUNITIES OF THE
ORIGINAL GRANTEE OF LAND GRANT/PATENT. The U.S. Constitution STATES IN ARTICLE I, SECTION
10, CLAUSE 1, "No state shall ... impair the obligations of contract.";

IMMUNITY FROM COLLATERAL ATTACK: Collins v. Bartlett, 44Cal 371: Webber v. Pere Marquete Boom
Co., 62 Mich 626, 30 NW 469: Surgest v. Dow, 24 Miss 118L Pittsmont: Copper Co. v. Vanina, 71
Mont 44 Pac 461 Green v. Barker, 47 Neb 934 66 NW 1032.

Acknowledgment/Jurat

DATE: *May 28* _____ 2014 _____

Signature:  Ricky R. Franklin

Witness _____

STATE OF GEORGIA
COUNTY OF HENRY

On this _20_ day of _____May_____ _2014_____ before me,
_Tatiana Fritzgerald_, personally appeared Ricky R. Franklin, know to me (or satisfactorily proven) to the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same as Homestead for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal

_____
Notary Public

_____
Title (and Rank)
My commission expires _02/06/2018_

Documents      Grantee Assignee Notice of update of Land Grant, Stapled 4 pages
Exhibit A       Original Land Grant from Georgia Division of Archives and History, 4 pages,
Exhibit B       Certified Plat, 1 Page,
Exhibit C       Certified Warranty Deed
Exhibit D       Homestead declaration, 2 pages.

4

# STATE OF GEORGIA



The Georgia Archives, University System of Georgia

I, Christopher M. Davidson, J.D., Director of The Georgia Archives, do hereby certify that the one page document hereto attached and made part of this certificate is a true and correct copy of page 113 of 1821 Land Lottery Henry County Register of Grants, showing Henry County, District 6, Land Lot 12, and I further certify that the described grant book is on file and of official record in the Archives of the State of Georgia.

IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this twenty-ninth day of April, 2014

Director, The Georgia Archives

_____ _____ _____ Clark _____ Governor and

_____ _____ Army and Navy of this State and

_____ _____ thereof.

_____ THESE PRESENTS SHALL COME, GREETING:

_____ _____ That in pursuance of an act of the General Assem-
_____ _____ of May, 1821, for making distribution of the land lately acquired of
_____ _____ of Indians, and forming the counties of Dooly, Houston, Monroe, Fay-
_____ and Henry, in this State, I HAVE GIVEN AND GRANTED, and by these pre-
_____ in the name and behalf of this State, DO GIVE AND GRANT, unto *Henry*
*G. Ezell, of Whites District Jasper*
*County his* _____ " _____ "
heirs and assigns forever, all that Tract or Lot of Land, containing two hundred two and
a half acres, situate, lying and being in the *Twelfth* _____
district of *Henry* _____ _____ county, in the said State, which said
Tract or Lot of Land is known and distinguished in the plan of said district by the Num-
ber *Nine* _____ having such shape,
form and marks as appear by a plat of the same hereunto annexed : To have and to hold
the said tract or lot of land, together with all and singular the rights, members and ap-
purtenances thereof, whatsoever, unto the said *Henry G Ezell his*
_____ " _____ heirs and assigns ; to *his* _____ and their proper use, benefit
and behoof forever in fee simple.

GIVEN under my hand and the Great Seal of the State, this *Eighth*
day of *December* _____ in the year of our Lord eighteen hundred and
*Twenty one* and of the forty *Sixth* _____ year of American
Independence.

Signed by His Excellency the Governor, the
8th day of *December* 1821  *John Clark*

*John Burch* S. E. D.

Registered the *Twenty third* day of *March* 1822

... of Laurens, and forming the ...
... ty, in this State, I, HAYS, GIVEN ... of the State of ... ... , in the name and behalf of this State, DO GIVE AND GRANT, unto

*Sands Standley of Phillips district*
*Whitwell County* ...
his heirs and assigns forever, all that Tract or Lot of Land, containing two hundred two and a half acres, situate, lying and being in the *Ninth* ... district of *Henry* County, in the original survey ... That the piece of Land is known and distinguished in the plan of said survey by the number *Twelve* ...

as will more as appear by a plat of the same hereunto ... To HAVE AND TO HOLD the said tract or lot of land, together with all and singular the rights, members, and appurtenances thereof, whatsoever, unto the said *Sands Standley* his heirs and assigns, to his ... and their proper use, benefit and behoof forever in fee simple. ...

  GIVEN under my hand and the Great Seal of the State, the *twenty second* day of *November* in the year of our Lord eighteen hundred and *twenty three* and of the forty *Eighth* year of American Independence.

                                           *G. M. Troup*

Signed by His Excellency the Governor, the }
*22d* day of *November* 1823 }

            *Mirabeau B Lamar* S. E. D.

Registered the *28* day of *November* 1823.

When Recorded, Return to:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

# DECLARATION OF HOMESTEAD

1. I, Ricky R. Franklin, DO HEREBY DELCARE:

2. THAT MY MAILING ADDRESS FOR MY HOMESTEAD IS:
   708 Brambling Way
   Stockbridge, GA 30281

3. I am now residing on the Land and premises located in the city of Stockbridge, County of Henry, State of Georgia, known and legally described as:

**ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 5 OF THE 12TH DISTRICT AND LAND LOT 12 OF THE 6TH DISTRICT, HENRY COUNTY, GEORGIA, BEING LOT 162, AVIAN FOREST SUBDIVIVISION, PHASE III, SECTION A, A PER PLAT RECORDED IN PLAT BOOK 35, PAGE 243-245, HENRY COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.**

4. I am DECLARED HOMESTEAD HEAD OF HOUSEHOLD OWNER OF THE DECLARED HOMESTEAD.

5. NO FORMER DECLARATION OF HOMESTEAD HAS BEEN MADE BY ME EXCEPT AS HAS BEEN ABANDONED.

DATE: 28 MAY _____ 2014 _____
                               Signature:  Ricky R. Franklin

STATE OF GEORGIA
COUNTY OF HENRY

1

I *Tatiana Fritzgerald*, being duly sworn on oath, deposes and says: that as signer to this DECLARATION OF HOMESTEAD, all statements made herein are true and correct to the best of my knowledge and belief.

On this __29__ day of __May__, __2014__ before me, *Tatiana Fritzgerald*, personally appeared Ricky R. Franklin, know to me (or satisfactorily proven) to the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same as Homestead for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal

_____
Notary Public

_____
Title (and Rank)

My commission expires __02/06/2018__

2

SEAL OF HENRY SUPERIOR COURT A.D. 1822 GEORGIA

# PLAT BOOK 35 PAGE 244

Approved for recording
[signature] 7/26/02
Director, Henry County Building Department
Henry County Board of Commissioners
Date

**City of Stockbridge Approval:**
THIS PLAT HAS BEEN SUBMITTED TO AND CONSIDERED BY THE CITY OF STOCKBRIDGE LOCATED IN HENRY COUNTY GEORGIA AND IS APPROVED ON THIS 26 DAY OF JULY 2002
[signature] 7-26-02
MAYOR, City of Stockbridge

**STATE OF GEORGIA - HENRY COUNTY:**
THE OWNER OF THE LAND SHOWN ON THIS PLAT AND WHOSE NAME IS SUBSCRIBED HERETO, IN PERSON OR THROUGH A DULY AUTHORIZED AGENT, ACKNOWLEDGES THIS PLAT WAS MADE FROM AN ACTUAL SURVEY AND DEDICATES TO THE USE OF THE PUBLIC FOREVER ALL STREETS, PARKS, WATER COURSES, DRAINS, EASEMENTS AND PUBLIC PLACES HEREON SHOWN FOR THE PURPOSES AND CONSIDERATIONS HEREIN EXPRESSED.
[signature] 7/8/02
SANTA-MARIE DEVELOPMENT
1548 VALLEY RESERVE COURT - KENNESAW, GEORGIA 30152 DATE
(24 HOUR CONTACT - TOM LASANTA PHONE: (770) 427-3726)

**NOTE:**
THERE ARE WETLANDS LOCATED ON THE PROJECT SITE AS SHOWN. DISTURBANCE IS PROPOSED WITHIN THE WETLANDS AREA.

**FLOOD NOTE:**
A PORTION OF THIS SITE LIES WITHIN A DESIGNATED FLOOD HAZARD AREA (ZONE A4) AS SHOWN. FLOOD AREA SHOWN IS PER HENRY COUNTY F.I.R.M. FLOOD MAP PANEL NO. 130468 0070 B.

**NOTES:**
SIDEWALKS REQUIRED BOTH SIDES OF STREET, 4' WIDE & 2' BEHIND CURB AND HANDICAP ACCESSIBLE AT ALL CORNERS. PRIOR TO RELEASE OF 2 YEAR MAINTENANCE BOND ALL SIDEWALKS MUST BE COMPLETED.

**WETLANDS NOTE:**
WETLANDS SHOWN ON THIS PLAT ARE UNDER THE JURISDICTION OF THE U.S. ARMY CORPS OF ENGINEERS. LOT OWNERS MAY BE SUBJECT TO PENALTY BY LAW FOR DISTURBANCE TO THESE WETLAND AREAS WITHOUT PROPER AUTHORIZATION.

THE FIELD DATA UPON WHICH THIS PLAT IS BASED HAS A CLOSURE PRECISION OF ONE FOOT IN 43,3000 FEET AND AN ANGULAR ERROR OF 02" PER ANGLE POINT AND WAS ADJUSTED USING THE COMPASS RULE. THIS PLAT HAS BEEN CALCULATED FOR CLOSURE AND WAS FOUND TO BE ACCURATE WITHIN ONE FOOT IN 100,000 FEET. EQUIPMENT USED: TOPCON GTS 313

**SURVEYOR'S CERTIFICATION**
I HEREBY CERTIFY THAT THIS PLAT WAS MADE FROM A TRUE AND CORRECT SURVEY MADE ON THE GROUND UNDER MY SUPERVISION AND THAT IRON PINS WERE PLACED AT ALL LOT CORNERS AND THAT THIS PLAT MEETS ALL THE REQUIREMENTS OF THE LAW AND OF HENRY COUNTY.
[signature] 7-25-02
RICKY L. NIXON, R.L.S. DATE

GEORGIA REGISTERED PROFESSIONAL No. 2473 LAND SURVEYOR RICKY L. NIXON

LIMITS OF WETLANDS STUDY BY STANTEC CONSULTING SERVICES DATED DECEMBER 13, 2001

PB 35 PG 244

HENRY COUNTY MAP 31Q
ALL BLOCK 1
PARCEL #'s
SAME AS LOT #'s

FILED IN OFFICE HENRY COUNTY SUPERIOR COURT
JUL 30 2002 11:26 AM
[signature]
CLERK OF SUPERIOR COURT

GEORGIA, HENRY COUNTY
I CERTIFY THAT THE FOREGOING IS A TRUE AND EXACT COPY OF THE ORIGINAL WHICH APPEARS OF RECORD IN THIS OFFICE. BK 35 PG 244-244
IN WITNESS WHEREOF I HAVE THIS 21 DAY OF April 2014 AFFIXED MY SEAL AND SIGNATURE
[signature]
BARBARA A. HARRISON - HENRY SUPERIOR COURT

**GENERAL NOTES:**
ZONING: RM
SETBACKS: FRONT-20' SIDE-6' REAR-25'
TOTAL NO. OF LOTS: 52 (PHASE III-SECTION A)
TOTAL LIN. FT. STREET: 1/02 (PHASE III-SECTION A)
GROSS AREA: 12.85 ACRES (PHASE III-SECTION A)
NET AREA: 10.9 ACRES (PHASE III-SECTION A)
GROSS LOT DENSITY: 4.04
NET LOT DENSITY: 4.77
MIN. HOUSE SIZE: 1,400 SQ.FT. (HEATED SPACE)
WATER & SEWER BY: HENRY COUNTY
ELECTRIC SERVICE BY: GEORGIA POWER

GRAPHIC SCALE 1"=50'
0 25 50 125 250

**OWNER/DEVELOPER:**
SANTA MARIE DEVELOPMENT
1548 VALLEY RESERVE COURT
KENNESAW, GEORGIA 30152

**24 HOUR CONTACT:**
TOM LASANTA
PHONE: (770) 427-3726

## FINAL PLAT OF:
# AVIAN FOREST
## PHASE III
## SECTION A
### SHEET 2 OF 3

LOCATED IN LAND LOTS 4 & 5 OF THE 12th DISTRICT
LOCATED IN LAND LOT 12 OF THE 6th DISTRICT
HENRY COUNTY, GEORGIA
DATE: MAY 2, 2002
SCALE: 1"=50'

LANDMARK SURVEYING & PLANNING, INC.
Hudson 75 Business Park
218 Willis Drive
Stockbridge, Ga. 30281
Phone: (770) 507-3387
Fax: (770) 507-3389

- land surveying
- land planning
- land development design
- construction layout

06306
00098

BOOK 6306 PAGE 98

DOC# 047490
FILED IN OFFICE
08/28/2003
02:25:00PM
BK:06306 PG:0098
JUDITH A. LEWIS
CLERK OF
SUPERIOR COURT
HENRY COUNTY, GA

GEORGIA, HENRY COUNTY
I CERTIFY THAT THE FOREGOING
IS A TRUE AND EXACT COPY OF THE
ORIGINAL WHICH APPEARS OF RECORD
IN THIS OFFICE. BK 6306
PG 98-99
IN WITNESS WHEREOF I HAVE
THIS 21 DAY OF April 2014
AFFIXED MY SEAL AND SIGNATURE
Barbara A. Harrison
BARBARA A. HARRISON - HENRY SUPERIOR COURT

REAL ESTATE TRANSFER TAX
HENRY COUNTY
SUPERIOR COURT

AUG 28 2003

PAID $ 142.60

CLERK OF SUPERIOR COURT

RETURN DOCUMENT TO:
THE LAW OFFICES OF SAM MAGUIRE, JR., P.C.
4840 ROSWELL RD., BLDG. E-400
ROSWELL, GEORGIA 30342
(404)257-8885
FILE #0327930

**WARRANTY DEED**

STATE OF GEORGIA
COUNTY OF FULTON

This Indenture made this 21st day of July, in the year 2003, between D. R. HORTON, INC. - TORREY, A DELAWARE CORPORATION, of the County of FULTON, State of Georgia, as party or parties of the first part, hereinunder called Grantor, and RICKY R. FRANKLIN, as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

W I T N E S S E T H that: Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable consideration in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 5 OF THE 12TH DISTRICT AND LAND LOT 12 OF THE 6TH DISTRICT, HENRY COUNTY, GEORGIA, BEING LOT 162, AVIAN FOREST SUBDIVISION, PHASE III, SECTION A, AS PER PLAT RECORDED IN PLAT BOOK 35, PAGE 243-245, HENRY COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

This Deed is given subject to all easements and restrictions of record, if any.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

D. R. HORTON, INC. - TORREY,
A DELAWARE CORPORATION

Witness

By: _____ (Seal)
ASST. SECRETARY

Notary Public

By: _____ (Seal)

(Corporate Seal)

A. MERCER
NOTARY
EXPIRES
GEORGIA
SEPT. 6, 2006
PUBLIC
COBB COUNTY