IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICKY R. FRANKLIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:20-CV-4661-SDG |
| **CARRINGTON MORTGAGE** ) | |
| **SERVICES, LLC;** ) | |
| **WILMINGTON SAVINGS** ) | |
| **FUND SOCIETY, FSB AS** ) | |
| **TRUSTEE OF STANWICH** ) | |
| **MORTGAGE LOAN TRUST H,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS CARRINGTON
MORTGAGE AND WILMINGTON'S RESPONSE
TO PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE**

Defendants Carrington Mortgage Services, LLC ("Carrington") and Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust H ("Wilmington") (collectively, "Defendants"), by and through undersigned counsel, hereby files this Response to Plaintiff Ricky R. Franklin's ("Plaintiff") Motion to Take Judicial Notice (the "Motion") (Doc. No. 20), and in support state as follows:

Plaintiff filed his Motion requesting this Court to take "judicial notice of the fact that [t]he U.S. Supreme Court for over 200 years has recognized Land Grants/Patents as legal instruments and evidence of the best title." (Doc. No. 20, p. 1). As this Court is aware, Plaintiff has been attempting to claim exclusive rights to the property located at 708 Brambling Way, Stockbridge, Georgia, by virtue of a Land Grant issued in 1821. Plaintiff, in his most recent Motion, requests this Court acknowledge the law surrounding Land Grants and that they can be used to convey title to land.

Importantly, Defendants here do not necessarily dispute the law cited by Plaintiff. However, to the extent that Plaintiff's intent behind filing the Motion is to persuade this Court that a land grant issued in 1821 conveyed property (which he purchased in 2003, 182 years later) to Plaintiff, Plaintiff's attempt is frivolous at best.

As explained in Defendants' Response to Plaintiff's Objection to the Magistrate's Report recommending dismissal of Plaintiff's case, *see* (Doc. No. 21), the 1821 Land Grant at issue here was a result of land redistribution efforts through the Georgia land lottery.  The Georgia land lotteries were an early nineteenth century system of land redistribution in Georgia wherein white male citizens could register for a chance to win lots of land that had been previously possessed by the Creek

Indians and the Cherokee Nation. *See* New Georgia Encyclopedia, "Land Lottery System" (last edited Sep. 28, 2020), *available at* https://www.georgiaencyclopedia.org/articles/history-archaeology/land-lottery-system (last visited Feb. 10, 2021).

Again, Defendants here are not arguing that the 1821 Land Grant referenced by Plaintiff does not represent a valid transfer to someone years prior. Instead, Defendants argue that the Land Grant has no effect as to Plaintiff, who clearly concedes that he did not purchase the property at-issue until 182 years after the date of the Land Grant. As a result, the 1821 Land Grant cannot suffice, on its face, as proof of Plaintiff's exclusive title to the property.

Respectfully submitted this 10th day of February, 2021.

**HOLLAND & KNIGHT LLP**

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Georgia Bar No. 106794
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 817-8500
Fax:  (404) 881-0470
E-Mail: grant.schnell@hklaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF system participants, and mailed a paper copy of same by United States Postal Service, first-class, postage prepaid, to parties and counsel of record who are non-CM/ECF participants, properly addressed upon:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com

*Via U.S. and Electronic Mail*

Respectfully submitted this 10th day of February, 2021.

**HOLLAND & KNIGHT LLP**

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Georgia Bar No. 106794