UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICKY R. FRANKLIN,

    Plaintiff,

vs.

CARRINGTON MORTGAGE SERVICES, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, JOHN DOE CORPORATION 1 THROUGH 5,

    Defendants.

CIVIL ACTION FILE

NO. 1:20-CV-04661-SDG

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge, and defendants' motion to dismiss, and the court having adopted said recommendation as the order of the Court, and GRANTED defendants' motion, it is

**Ordered and Adjudged** that this action is **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia, this 9th day of June, 2021.

                                    JAMES N. HATTEN
                                    CLERK OF COURT

                By:    *s/Jennifer K. Brown*
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   June 9, 2021
James N. Hatten
Clerk of Court

By: *s/Jennifer K. Brown*
     Deputy Clerk