FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 28 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § § § Plaintiff, § § v. § § CARRINGTON MORTGAGE § SERVICES, LLC; WILMINGTON § SAVINGS FUND SOCIETY, FSB AS § TRUSTEE OF STANWICH § MORTGAGE LOAN TRUST H § § Defendants. | Civil Action No: 1:20-CV-04661-SDG |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Ricky R. Franklin, by and through himself, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered on June 9th, 2021 granting Defendants Carrington Mortgage Services, LLC, *et al.,* Motion to dismiss. (Dkt. 25, 26).

Date: June 28th, 2021

Respectfully submitted,

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com
678.650.3733

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via mail on June 28th, 2021 to Defendant's Counsel listed below:

**HOLLAND & KNIGHT LLP**

**GRANT SCHNELL**

1180 West Peachtree St, NW, Suite 1800

Atlanta, GA 30309

**COUNSEL FOR DEFENDANTS CARRINGTON MORTGAGE SERVICES, LLC AND WILMINGTON SAVINGS FUND SOCIETY, FSB**


Plaintiff, *Pro-Se*

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281