**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN                                                             DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                    404-215-1655
 AND CLERK OF COURT

June 29, 2021

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

        **U.S.D.C. No.:  1:20-cv-4661-SDG**
        **U.S.C.A. No.:  00-00000-00**
        **In re:  Ricky R. Franklin v. Carrington Mortgage Services, LLC, et al.**

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, R&R, Orders, Clerk's Judgment, and Docket Sheet appealed enclosed.** |
| ___ | This is not the first Notice of Appeal. |
| **X** | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | This case is . |
| ___ | Other: . |
| **X** | **Fee paid; Receipt Number 100130979.** |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is Judge . |
| **X** | **The Magistrate Judge is Walter E. Johnson.** |
| **X** | **The District Judge is Steven D. Grimberg.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                                                             Sincerely,

                                                                             James N. Hatten
                                                                             District Court Executive
                                                                             and Clerk of Court

                                                                  By:  /s/ **K. Carter**
                                                                         Deputy Clerk

Enclosures