**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RICKY R. FRANKLIN,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, as trustee for Stanwich Mortgage Loan Trust H, JOHN DOE CORPORATION 1 THROUGH 5,<br>all who true names are unknown,<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  1:20-cv-4661-SDG |

## O R D E R

　　　The mandate of the United States Court of Appeals having been read and considered, it is

　　　**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

　　　Dated at Atlanta, Georgia this 　　 day of May, 2022.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE